IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| PEGGY WELSHANS WILLIAMSON and ) <br> VANESSA WELSHANS, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> AETNA LIFE INSURANCE CO., ) <br>  ) <br> Defendant. ) | Case No. 04-2851-B V |

## ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY

This cause came to be heard upon the Joint Motion to Extend Discovery. Based upon the parties' Motion, Memorandum in Support, and the record as a whole, this Court finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that:

1. The discovery deadline set forth in the Scheduling Order is hereby extended 30 days, to and including Friday, July 15, 2005;

2. The deadline for filing dispositive motions, is extended to and including Monday, August 15, 2005;

3. All other dates established by the Scheduling Order and by the Notice of Setting previously served in this matter, including the dates for the submission of the joint pretrial order, the conduct of the pretrial conference, and the trial in this matter, shall remain as currently scheduled.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-17-05

IT IS SO ORDERED.

_____
Diane K. Vescovo
United States ~~District~~ Judge
              *Magistrate*
Date: June 16, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02851 was distributed by fax, mail, or direct printing on June 17, 2005 to the parties listed.

---

Herbert E. Gerson
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Gary Shaun Hair
RIEVES RUBENS & MAYTON
P.O. Box 1359
West Memphis, AR 72303

Kathleen G. Morris
LAW OFFICES OF KATHLEEN G. MORRIS
P.O. Box 128091
Nashville, TN 37212

David P. Knox
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Lawrence W Jackson
LAW OFFICE OF LAWRENCE W. JACKSON
P. O. Box 1359
West Memphis, AR 72303

Kent J. Rubens
RIEVES RUBENS & MAYTON
P.O. Box 1359
West Memphis, AR 72303--133

Honorable J. Breen
US DISTRICT COURT