IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 17 AM 11:05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

PEGGY WELSHANS WILLIAMSON and )
VANESSA WELSHANS, )
)
    Plaintiffs, )
)
v. ) Case No. 04-2851-B V
)
AETNA LIFE INSURANCE CO., )
)
    Defendant. )

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSES TO FACTS SUBMITTED BY DEFENDANT AND ADDITIONAL MATERIAL FACTS

Presently pending before the Court is Defendant's Motion for Leave to File Reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment and a reply to Plaintiffs' Responses to Facts Submitted by Defendant and Additional Material Facts. The Court, having considered the Motion and supporting Memorandum, hereby finds the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Leave to File Reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment and Reply to Plaintiffs' Responses to Facts Submitted by Defendant and Additional Material Facts is hereby granted.

_____
United States District Judge

Date: October 17, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-17-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02851 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

David P. Knox
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Herbert E. Gerson
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Lawrence W Jackson
LAW OFFICE OF LAWRENCE W. JACKSON
P. O. Box 1359
West Memphis, AR 72303

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Gary Shaun Hair
RIEVES RUBENS & MAYTON
P.O. Box 1359
West Memphis, AR 72303

Kent J. Rubens
RIEVES RUBENS & MAYTON
P.O. Box 1359
West Memphis, AR 72303--133

Kathleen G. Morris
LAW OFFICES OF KATHLEEN G. MORRIS
P.O. Box 128091
Nashville, TN 37212

Honorable J. Breen
US DISTRICT COURT