IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

FILED BY _____ D.C.

05 NOV -7 PM 4: 13

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

PEGGY WELSHANS WILLIAMSON
AND VANESSA WELSHANS                                           PLAINTIFFS

V.                                                             Case No. 04-2851-B V

AETNA LIFE INSURANCE CO.                                       DEFENDANT

### ORDER GRANTING
### MOTION TO CONTINUE TRIAL SETTING

On this date came before the court plaintiffs' motion to continue trial setting. Upon consideration of the motion, pleadings, agreement of counsel, and other matters before it, the Court finds that good cause exists and the motion should be granted. Accordingly, this matter is hereby continued from its current trial setting, to be rescheduled by further order of the court.

**IT IS SO ORDERED.**

_____
United States District Judge

Date: 11/7/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-8-05

31

C:\DOCUME~1\Kathy\LOCALS~1\Temp\notesDF63F8\williamson112contord.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CV-02851 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Kent J. Rubens
RIEVES RUBENS & MAYTON
P.O. Box 1359
West Memphis, AR 72303--133

Kathleen G. Morris
LAW OFFICES OF KATHLEEN G. MORRIS
P.O. Box 128091
Nashville, TN 37212

David P. Knox
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Herbert E. Gerson
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Lawrence W Jackson
LAW OFFICE OF LAWRENCE W. JACKSON
P. O. Box 1359
West Memphis, AR 72303

Gary Shaun Hair
RIEVES RUBENS & MAYTON
P.O. Box 1359
West Memphis, AR 72303

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT