UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 21  PM 12: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

PEGGY WELSHANS WILLIAMSON and
VANESSA WELSHANS,

        Plaintiffs,

v.

AETNA LIFE INSURANCE COMPANY,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO: 2:04cv2851-B

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion For Summary Judgment entered on November 17, 2005, this cause is hereby dismissed and judgment is entered in favor of the Defendant, Aetna Life Insurance Company, and against the Plaintiffs, Peggy Welshans Williamson and Vanessa Welshans.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

11/21/05
Date

THOMAS M. GOULD
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-21-05

33

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CV-02851 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Herbert E. Gerson
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Lawrence W Jackson
LAW OFFICE OF LAWRENCE W. JACKSON
P. O. Box 1359
West Memphis, AR 72303

Kathleen G. Morris
LAW OFFICES OF KATHLEEN G. MORRIS
P.O. Box 128091
Nashville, TN 37212

Gary Shaun Hair
RIEVES RUBENS & MAYTON
P.O. Box 1359
West Memphis, AR 72303

Kent J. Rubens
RIEVES RUBENS & MAYTON
P.O. Box 1359
West Memphis, AR 72303--133

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

David P. Knox
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT